# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAMMY L. RAYFORD  
1920 - 17TH AVENUE, # 1  
ROCKFORD, IL  61104

SSN-xxx-xx-3831

Case Number: 07-72706

Case filed on: 11/6/2007  
Plan Confirmed on: 2/15/2008

D Dismissed

Total funds received and disbursed pursuant to the plan:  $150.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 139.37 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 139.37 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 680.18 | 680.18 | 0.00 | 0.00 |
|  | Total Priority | 680.18 | 680.18 | 0.00 | 0.00 |
| 999 | TAMMY L. RAYFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NATIONAL CAPITAL MANAGEMENT LLC | 4,282.89 | 4,282.89 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 8.20 | 8.20 | 0.00 | 0.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANKRUPTCY RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | IL. DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF HUMAN SERVIC | 4,825.00 | 4,825.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 1,232.80 | 1,232.80 | 0.00 | 0.00 |
| 012 | OB-GYN ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PINESCHI FAMILY DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH PHYSICIANS | 228.00 | 228.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 3,737.04 | 3,737.04 | 0.00 | 0.00 |
| 016 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHECK IT | 88.54 | 88.54 | 0.00 | 0.00 |
|  | Total Unsecured | 14,402.47 | 14,402.47 | 0.00 | 0.00 |
|  | Grand Total: | 17,282.65 | 17,282.65 | 139.37 | 0.00 |

Total Paid Claimant:       $139.37  
Trustee Allowance:         $11.13  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 08/28/2008          By  /s/Heather M. Fagan